UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLIVIA MURPHY,<br>        Plaintiff,<br><br>   -v-<br><br>TEVA PHARMACEUTICALS, *et al.*,<br>        Defendants. | 22-CV-705 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

  This case was removed from New York Supreme Court, Bronx County, on January 27, 2022. Counsel for the plaintiff is directed to file an appearance with this Court no later than February 11, 2022.

  Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by February 4, 2022.

  SO ORDERED.

Dated: January 28, 2022
    New York, New York

                _____
                   J. PAUL OETKEN
                  United States District Judge